USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 6 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DISH NETWORK L.L.C.,

                 Plaintiff,

     v.

UNIVISION LOCAL MEDIA, INC.; UNIVISION
NETWORKS AND STUDIOS, INC.; and
UNIVISION OF PUERTO RICO INC.,

                 Defendants.
------------------------------------------------------------x

No. 17-Civ.-5148 (AJN)

[Proposed] Order Extending Stay

     WHEREAS, on July 7, 2017 Plaintiff, by pre-action motion, was granted leave by the Hon. P. Kevin Castel, sitting in Part 1, to file the Complaint (the "Complaint") in this action and Exhibits 1 and 2 under seal, (the "Preliminary Sealing Order");

     WHEREAS, the Preliminary Sealing Order provided that the seal will expire if not extended by the Court, on July 28; and

     WHEREAS, the parties have moved, by letter motion and supporting declarations for the continuation of the sealing provided for in the Preliminary Sealing Order, **IT IS HEREBY ORDERED**:

     1.    After considering the factors and standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the Court finds that good cause exists to continue the sealing and hereby confirms the Preliminary Sealing Order. The Clerk shall continue to maintain the materials sealed by Judge Castel under seal in accordance with the Clerk's regular procedures and practices pending further order of this Court.

     2.    The Clerk shall accept for filing on the CM/ECF system the form of redacted Complaint attached as Exhibit D to the letter motion which was filed as ECF 23. No other version of the Complaint shall be made available on the public CM/ECF system.

3.  This Court retains jurisdiction to modify or vacate the seal upon motion of any party or other person in interest, after notice to all parties.

IT IS SO ORDERED:

_____
Honorable Alison J. Nathan
United States District Judge

Dated July 26, 2017