UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
:
DISH NETWORK L.L.C., : Civ. Action No. 1:17-cv-05148-AJN-OTW
:
       Plaintiff, :
:
       v. :
:
UNIVISION LOCAL MEDIA, INC.; :
UNIVISION NETWORKS AND :
STUDIOS, INC.; UNIVISION OF PUERTO :
RICO INC., :
:
       Defendants. :
:
————————————————————x
:
UNIVISION LOCAL MEDIA, INC.; :
UNIVISION NETWORKS AND STUDIOS, :
INC.; and UNIVISION OF PUERTO RICO :
INC., :
:
       Defendants/Counterclaim-Plaintiffs, :
:
       and :
UNIVISION COMMUNICATIONS INC.; THE :
UNIVISION NETWORK LIMITED :
PARTNERSHIP; UNIVISION IP HOLDINGS, :
LLC, :
:
       Additional Counterclaim Plaintiffs, :
:
       v. :
DISH NETWORK L.L.C., :
:
       Plaintiff/Counterclaim-Defendant :
:
————————————————————x

**ORDER SEALING PORTIONS OF JOINT REPORT OF RULE 26(f) MEETING
AND PROPOSED CASE MANAGEMENT PLAN**

1

On November 8, 2018, Plaintiff and Counterclaim-Defendant DISH Network L.L.C. filed a joint letter motion on behalf of all parties for leave to file certain portions of the Joint Report of Rule 26(f) Meeting and Proposed Case Management Plan ("Joint Case Management Plan") under seal, and to publicly file an appropriately redacted version thereof on the CM/ECF system.

The Court, having considered the letter motion and supporting papers and good cause appearing, hereby **ORDERS** as follows:

1. After considering the factors and standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016), the Court finds that good cause exists to file select portions of the Joint Case Management Plan under seal. The Clerk shall maintain this document under seal in accordance with the Clerk's regular procedures and practices pending further order of this Court.

2. The Clerk shall accept for filing on the CM/ECF system the form of the redacted Joint Case Management Plan filed as **Dkt. No. 66.** No other version of the Joint Case Management Plan shall be made available on the public CM/ECF system.

3. This Court retains jurisdiction to modify or vacate the seal upon motion of any party or other person in interest, after notice to all parties.

**IT IS SO ORDERED.**   The Clerk of Court is directed to close the open Joint Letter Motion at ECF No. 67.

_____
Honorable Ona T. Wang
United States Magistrate Judge

Dated: November 9, 2018